In the Matter of the Claim of JOHN GRIFFIN, Respondent, against CRUIKSHANK Co., INC., Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 5, 1930; decided May 13, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 253 N. Y. 303.)